# United States Court of Appeals
## For the First Circuit

No. 16-1901

KEVIN O'CONNOR; CHRISTOPHER O'CONNOR; JAMES ADAM COX; MICHAEL
FRASER; ROBERT MCNALLY,

Plaintiffs, Appellants,

v.

OAKHURST DAIRY; DAIRY FARMERS OF AMERICA, INC.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on March 13, 2017, is amended as follows:

On page 26, line 12: "purely legal question" is replaced with "a purely legal question"

On page 26, lines 23-24: "corporate entities and partnership" is replaced with "corporate and partnership entities"